O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6333 AHM (RZx) | Date | November 24, 2009 |
|---|---|---|---|
| Title | JONATHAN Y. KIM v. WELLS FARGO BANK, N.A., *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court notifies Plaintiff that there is a hearing in his case at 10:00 am on Monday, November 30, 2009, and that he is ORDERED to appear.

                                                                                           :
                                                        Initials of Preparer        SMO

cc:   Jonathan Y. Kim
       620 South Gramercy Place, #322
       Los Angeles, California 90005